**RENT–A–CENTER INC., Plaintiff–Appellant**

v.

**Danielle BARKER, Defendant–Appellee.**

No. 08–30348.

United States Court of Appeals, Fifth Circuit.

Jan. 14, 2009.

I Harold Koretzky, Russell Lory Foster, Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, New Orleans, LA, Wilson Joseph Miguez, III, Robert F. Friedman, Littler Mendelson, Dallas, TX, for Plaintiff–Appellant.

Christopher Leonard Zaunbrecher, Briney & Foret, Lafayette, LA, for Defendant–Appellee.

Before JOLLY, DAVIS, and DeMOSS, Circuit Judges.

PER CURIAM: *

We VACATE the judgment of the district court and REMAND for reconsidera-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

tion in light of the Supreme Court's decision in *Hall Street Associates, L.L.C. v. Mattel, Inc.*, —— U.S. ——, 128 S.Ct. 1396, 170 L.Ed.2d 254 (2008).

VACATED AND REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.